UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>MIRAGE HOMES, INC., a Washington corporation; MITCHEL ADAM GRAY, an individual; JIMMY A. GRAY, and LORI GRAY, individually and the marital community thereof; JEREMY HARVEY, an individual,<br><br>                    Defendants. | NO. CV-06-193-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed December 29, 2008 (Ct. Rec. 66), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED**:

1. The First Amended Complaint **(Ct. Rec. 2)** and all related counterclaims are **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

SCHEDULING ORDER ~ 1

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this   29th   day of December, 2008.


                        s/Edward F. Shea
                        EDWARD F. SHEA
                  United States District Judge


Q:\Civil\2006\193.Stip.Dismiss.wpd

SCHEDULING ORDER ~ 2